UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS DENTON, | CASE NO. C10-1966RJB |
| Plaintiff, | ORDER ON REPORT AND RECOMMENDATION |
| v. | |
| FRED FIGUEROGA, et al., | |
| Defendant. | |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura (Dkt. 24), and the remaining record, does hereby find and **ORDER**:

1. This Report and Recommendation addresses only the claims against the State of Washington and Ms. Brazington. The claims against the other defendants are not at issue in the Motion to Dismiss that is addressed in the Report and Recommendation. The Court **ADOPTS** the Report and Recommendation (Dkt. 24);

2. Defendants' Motion to Dismiss (Dkt. 16) is **GRANTED,** as follows: the State of Washington is dismissed from the action; the claims against Ms. Brazington relating to deprivation of property and access to the prison grievance system are dismissed; and the claim regarding interference with the mail against Ms.Brazington may proceed.

3. The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 29th day of July, 2011.

_____
ROBERT J. BRYAN
United States District Judge