# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

THOMAS DENTON,

    Plaintiff,

v.

FRED FIGUEROGA et al.

    Defendants.

CASE NO. C10-1966-RJB-JRC

ORDER

Before the court is a motion asking for leave to take plaintiff's deposition. Plaintiff is in custody and Local Rule 30 (a) (2) applies. Counsel should seek permission from the institution. If an agreement is not reached, then this motion should be re-noted with an affidavit or statement as to the attempt to reach agreement regarding a deposition.

Dated this 27th day of September, 2011.

J. Richard Creatura
United States Magistrate Judge