UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| THOMAS DENTON, | |
|---|---|
| Plaintiff, | CASE NO. 2:10-cv-1966-RJB-JRC |
| v. | ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY DEADLINE AND AMENDING SCHEDULING ORDER |
| FRED FIGUEROGA, et al., | |
| Defendant. | |

    This 42 §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges Rules MJR 1, MJR 3, and MJR 4. The parties have stipulated to extend discovery through September 30, 2011 (ECF No. 27). Other deadlines in the scheduling order need to be adjusted. Dispositive motions will be filed on or before November 18, 2011. A joint status report will be filed on or before March 20, 2012.

    Dated this 27th day of September, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION TO
EXTEND DISCOVERY DEADLINE AND
AMENDING SCHEDULING ORDER - 1