UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS DENTON,

    Plaintiff,

v.

FRED FIGUEROGA et. al.,

    Defendants.

CASE NO. C10-1966 RJB-JRC

ORDER GRANTING ATTORNEY FEES AND COSTS

The Court has previously granted Defendants Corrections Corporation of America ("CCA"), Fred Figueroa, James Yates, and Sgt. Briggs motion to compel, (ECF No. 44). The Court gave counsel for plaintiff until March 30, 2012, to show cause why he should not be held responsible to personally satisfy an award of costs and fees. Plaintiff's counsel filed no response. Defendants submitted a bill of costs and fees (ECF No. 45). This Court hereby awards costs and fees of two thousand two hundred and sixty-nine dollars and forty-eight cents against plaintiff's counsel and in favor of defendants.

Dated this 17th day April, 2012.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING ATTORNEY FEES AND COSTS - 1