UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS DENTON,

            Plaintiff,

   v.

FRED FIGUEROGA et al.,

            Defendants.

CASE NO. C10-1966 RJB-JRC

ORDER DENYING PLAINTIFF'S MOTIONS FOR AN EXTENSION OF TIME TO FIND AN ATTORNEY

      The district court has referred this 42 U.S.C. §1983 civil rights matter to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Plaintiff has filed two motions asking the Court to grant him an extension of time to find replacement counsel for Mr. Sutherland, who the court allowed to withdraw from the case (ECF Nos. 55 and 58). The motions are identical. The motions are denied.

      Defendants responded to the first motion for an extension of time. Defendants state that they do not oppose "a brief extension of time," but they make clear that they do oppose

additional continuances in connection with such a request (ECF No. 56). This case is languishing as a result of repeated stipulations for continuances (ECF Nos. 21, 27, 35, 39).

In his motions for an extension of time, plaintiff states that "Mr. Sutherland has not given [plaintiff] copies of all outstanding discovery or a copy of the complaint as the court ordered him to before he was to withdraw." Fed. R. Civ. P. 7(b) allows the Court to issue orders based on motions brought by a party. If plaintiff is requesting that the Court take some action, he needs to file a motion advising the Court what action he believes is appropriate. The current motions for an extension of time do not make any such request. The current motions for continuance (ECF Nos. 55 and 58) are denied.

Dated this 28th day of June, 2012.

J. Richard Creatura
United States Magistrate Judge